# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 07-3220

———————

Marie M. Park,                                *
                                              *
              Appellant,                      *
                                              *   Appeal from the United States
      v.                                      *   District Court for the
                                              *   Western District of Missouri.
Columbia Credit Services, Inc., a             *
California corporation; Leland Shurin,        *   [UNPUBLISHED]
Attorney at Law; FIA Card Services,           *
NA, a Delaware corporation, formerly          *
known as MNBA Corporation; Martin,            *
Leigh, Laws & Fritzler, P.C. a                *
Missouri professional corporation,            *
                                              *
              Appellees.                      *

———————

Submitted:  December 5, 2008
Filed:  December 22, 2008

———————

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

———————

PER CURIAM.

Marie Park appeals from an order of the district court[1] denying her motion under Federal Rule of Appellate Procedure 4(a)(5) for an extension of time to file an

———————

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

untimely notice of appeal. Upon careful review, we cannot say that the district court abused its discretion in finding that Park failed to show good cause or excusable neglect for extending the time to file her notice of appeal. See Fed. R. App. P. 4(a)(5)(A)(ii); Gibbons v. United States, 317 F.3d 852, 853-54 & n.3 (8th Cir. 2003) (review standard; good-cause standard applies to situations where there is something that is not within movant's control); Lowry v. McDonnell Douglas Corp., 211 F.3d 457, 462-64 (8th Cir. 2000) (analyzing factors for determining excusable neglect).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____